UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 6:13-CR-00053-02 |
| VERSUS | * | JUDGE ELIZABETH FOOTE |
| WILLIE JAMAL REYNOLDS | * | MAGISTRATE JUDGE HILL |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Record Document 90], having been considered, **and noting the absence of any objections thereto filed with this Court**, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Willie Jamal Reynolds, and adjudges him guilty of the offenses charged in **Count One** of the Superseding Indictment against him.

IT IS FURTHER ORDERED that the Report and Recommendation dated July 24, 2013 [Record Document 64] be and is hereby **DENIED as MOOT**.

THUS DONE AND SIGNED in chambers, this ___ day of _____ 2013 in Shreveport, Louisiana.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE